UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Arthur Gerard, | ) | **C/A:** 4:12-2516-RBH-TER |
| | ) | |
|             Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Robert E. Lee, Esq.; | ) | |
| Pamela J Jordan, Notary Public; | ) | |
| Cynthia Graham Howe, Master In Equity Judge; | ) | |
| Melanie Huggins-Ward; | ) | |
| Rosalyn W. Frierson, Director; | ) | |
| Roddy Dickinson, County Treasurer; | ) | |
| Glen Barger, President OCPPOA; | ) | |
| Chuck Woodard, Vice President; | ) | |
| Walter Reynolds, Secretary; | ) | |
| Pressly White, Director At Large; | ) | |
| Dick Bennion, Treasurer; | ) | |
| Bill Schnuit, Director At Large; | ) | |
| Patricia Palardy; | ) | |
| David Love; | ) | |
| Dennis P Palardy, Principal; | ) | |
| Beverly Palardy, Principal; | ) | |
| Charles R Palardy, Principal; | ) | |
| Steve Bishop, Account Manager; | ) | |
| KA Diehl & Assoc, Inc; | ) | |
| Alan Wilson, South Carolina Attorney General; | ) | |
| Phillip E Thompson, Sheriff; | ) | |
| Arrigo Carotti, Horry County Attorney; | ) | |
| Ballery V Skipper, Director, | ) | |
| | ) | |
|             Defendants. | ) | |
| | ) | |

      This is a civil action filed by a *pro se* plaintiff. Under Local Rule 73.02(B)(2), D.S.C., pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. Plaintiff has paid the filing fee. *See* Receipt No. 300029402. By order dated September 10, 2012, Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiff has substantially complied with the Court's order, and this case is now in proper form.

TO THE CLERK OF COURT:

      The Office of the Clerk of Court is directed not to issue the summonses or forward this matter to the United States Marshal for service of process at this time.[*] To the extent that Plaintiff's submissions docketed at ECF Entries 12, 13 and 14 can be deemed as a motion to add a defendant, that motion is hereby DENIED.

      IT IS SO ORDERED.

                                            s/Thomas E. Rogers, III
                                            Thomas E. Rogers, III
                                            United States Magistrate Judge

November 15, 2012
Florence, South Carolina

---

[*] Contemporaneously with this Order, the Court enters a Report and Recommendation that this action should be summarily dismissed.